UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                       Case No. 2:24-cr-92-SPC-KCD

JASON ALLEN HENNING

## PRELIMINARY ORDER OF FORFEITURE

BEFORE the Court is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 89). Now that Defendant has been adjudicated guilty, the government seeks a preliminary order forfeiting the following items (hereinafter "assets") seized from the defendant's residence on January 19, 2024:

a. Computer Tower with Barcode #082817078827, with Samsung 970 EVOPlus 1 terabyte SSD, serial #S59ANM0W502918R, and Toshiba 1 TB HDD, serial no. 46QPYGEFSWK7;

b. Samsung Galaxy S8, SM-G950U, IMEI no. 357753080028411;

c. 16-gigabyte Micro SD card, serial no. SYJH61611040;

d. Travelstar 40 GB HDD, Serial No. Q2CZA1PB; and

e. Fujitsu 250-gigabyte HDD, serial no. K908T962AYPP.

*See* **18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).**

Being fully advised of the relevant facts, the Court hereby finds that the assets identified above were used or intended to be used to commit or promote the commission of the offense, to which he has pled guilty.

Accordingly, it is hereby:

**ORDERED**:

The United States' Motion for a Preliminary Order of Forfeiture (Doc. 89) is **GRANTED**.

1. Pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(b)(2), the assets identified above are hereby forfeited to the United States for disposition according to law.

2. Upon entry, this order shall become a final order of forfeiture as to the defendant.

3. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Fort Myers, Florida, on July 18, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record