UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                           Case No. 2:24-cr-92-SPC-DNF

JASON ALLEN HENNING
_____/

# FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for a Final Order of Forfeiture. (Doc. 95). The Government seeks to have forfeited the below assets (hereinafter "Assets"), which were subject to July 18, 2025 Preliminary Order of Forfeiture (Doc. 90):

    **a.** Computer Tower with Barcode #082817078827, with Samsung 970 EVOPlus 1 terabyte SSD, serial no. S59ANM0W502918R, and Toshiba 1 TB HDD, serial no. 46QPYGEFSWK7;

    **b.** Samsung Galaxy S8, SM-G950U, IMEI no. 357753080028411;

    **c**. 16-gigabyte Micro SD card, serial no. SYJH61611040;

    **d**. Travelstar 40 GB HDD, Serial No. Q2CZA1PB; and

    **e.** Fujitsu 250-gigabyte HDD, serial no. K908T962AYPP.

Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus

finds all right, title and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 95) is **GRANTED.**

1. Defendant's interest in the Assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rules of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida, this October 1, 2025.

*Sheri Polster Chappell*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record